No. 92–702. MISSOURI v. PARKER. Sup. Ct. Mo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–557. CLARK v. POULTON ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Certiorari denied.

No. 92–558. VALENTEC KISCO, INC. v. WILLIAMS. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–577. DOPYERA ET AL. v. TEXAS STATE DEPARTMENT OF HIGHWAYS AND PUBLIC TRANSPORATION. Sup. Ct. Tex. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–600. ADOPTIVE PARENTS OF M. N. M. v. M. J. L. Ct. App. D. C. Motion of National Council for Adoption et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 92–626. CATERPILLAR INC. v. MICHIGAN DEPARTMENT OF TREASURY, REVENUE DIVISION. Sup. Ct. Mich. Motion of Ashland Oil, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 92–656. HOLLYDAY v. RAINEY, CHAIRMAN OF THE BUNCOMBE COUNTY COMMISSIONERS, ET AL. C. A. 4th Cir. Motion of Southern States Police Benevolent Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–6015. MINCEY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.